JOSEPH DAVIS a/k/a JOSEPH McEACHIN, APPELLANT-RE-
SPONDENT, v. NICHOLAS D. HEIL, CHAIRMAN, NEW
JERSEY STATE PAROLE BOARD, RESPONDENT-APPEL-
LANT.

Argued October 6, 1975—Decided October 27, 1975.

*Mr. Joseph T. Maloney,* Deputy Attorney General, argued
the cause for respondent-appellant (*Mr. William F. Hyland,*
Attorney General, attorney; *Mr. Stephen Skillman,* Assistant
Attorney General, of counsel; *Mr. Mark A. Gennette,* Deputy
Attorney General, on the brief).

*Mr. Gerald D. Miller* argued the cause for the appellant-
respondent (*Messrs. Miller, Hochman, Meyerson and Miller,*
attorneys).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUN-
TAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and
Judge CONFORD—7.

*For reversal*—None.